PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** <u>Northern</u> **DISTRICT OF TEXAS**
<u>Lubbock</u> **DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

APR 18 2023

CLERK, U.S. DISTRICT COURT
By _____
Deputy

<u>Sackie Jr. Brito *2373291</u>
Plaintiff's Name and ID Number

<u>Montford Unit</u>
Place of Confinement

**5-23CV-084-H**

CASE NO._____
(Clerk will assign the number)

v.

<u>Montford Treatment Team</u>
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.**  ATTACH AN ADDITIONAL BLANK  PAGE AND  WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."    *See* 28 U.S.C. § 1915. Thus, the court is required to  assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment?____YES ✓ NO

    B.  If your answer to "A" is "yes", describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: _____

        2.  Parties to previous lawsuit:

            Plaintiff(s) _____

            Defendant(s) _____

        3.  Court: (If federal, name the district; if state, name the county.) _____

        4.  Cause number: _____

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.  Approximate date of disposition: _____

Rev. 05/15

II.    PLACE OF PRESENT CONFINEMENT: ___Montford Unit___

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ____ YES    √ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _____

_____

_____

B.    Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #2: _____

_____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #3: _____

_____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Rev. 05/15

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Forced to be housed with inmate who was a sexual and physical threat to others. I notefied the treatment team in advance, i was have problems with this offender who was walking around the cell nude, masturbaten, bullying me and maken sexual remarks. I wound up breaking my hand in three places from striking the wall, in order to avoid striking the offender who had become agressive and was threating to harm me.

VI.    RELIEF:

State briefly exactly what you want the court to do for you.    Make no legal arguments.  Cite no cases or statutes.

Compusate  $300.000  punative $500.000 defendants be responsible for all lawyer and court fees.

VII.    GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

Sackie Robert Brito Jr, Sackie Jr. Sackie Jr Brito

B.  List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

# 2373291

VIII.    SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES __✓_NO

B.  If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _____

2.  Case number: _____

3.  Approximate date sanctions were imposed: _____

4.  Have the sanctions been lifted or otherwise satisfied?                          ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed?  ____ YES _✓_ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1.  Court that issued warning (if federal, give the district and division): _____

    2.  Case number: _____

    3.  Approximate date warning was issued: _____

Executed on: _____
            DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____13th_____ day of _____April_____, 20 23 .
             (Day)                (month)       (year)

Sackie Jr Brito
_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

I-60                    3-19-23

Treatment Team Stg

Sackie Brito Jr
A2-49                                        Mont Ford

I Feel my anxity getting worse after moving To a
diffrent cell my Respridowe Is what I would like To
Change To Something diffrent may I ask what
choices do I Have also The voices are getting worse.
And I Hauznt seen The ~~psyse~~ physc in 3 weeks
written response    Ty & god Bless    #237329
only
you were seen by
their provider & MHC    SCANNED RECEIVED MAR 22 2023
on 3/21/23  RBMphD

**SUBJECT:** *State briefly the problem on which you desire assistance.*

My Respeidowe is not working For me Right now
and my ~~carred~~ anxity is getting worse want to
change to Something else

Ty & god Bless

RECEIVED MAR 1 3 2023

Name: SackiE BRito JR          No: 2373291          Unit: Montford

Living Quarters: A2-36          Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

Pt reporting increasing anxiety schedule w MHC
requesting medicatur review Schedule w provider

SCANNED

L Brown PhD

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

.SON FOR REQUEST: (Please check one)

**LEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE
'ROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ❏ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ❏ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ❏ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ❏ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ❏ *Visiting List (Asst. Director of classification, Administration Building)*

6. ❏ *Parole requirements and related information (Unit Parole Counselor)*

7. ❏ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ❏ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: ___CaRE Team_____
(Name and title of official)

ADDRESS: ___A2-36_____

DATE: ___3-10-23_____

To the Clerk of said court

I swear under oath this fore going statement is infact true. On about and about March fourtenth of 2023 i was housed in the cell with another prisoner whom is a G3 serven a life sentence, and whom has been moved out of the cell multeble times with other prisoners for sexualy harassen them and bulling them. I immediatly notefied the Treatment team that i feared for my life and this inmate was given me problems and i need to be moved. I even contacted ranking officials only to be mislead. I am a G2 serving a non agravated six year sentence. On about the 25th of March, the inmate began bulling me and i slammed my fist into the wall in order to avoid striken the prisoner, breaking my hand in three places. Which caused a cast and possible surgery ( still waiting) Officials ignored me the entire time i was forced to live with this individual. whom also threatened and harassed officers. Yet nothing was done about him. untile after i broke my hand.

RECEIVED

APR 1 8 2023

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



Jackie Jr. Brito
~~#~~ # 2373291
Montford Unit
8602 Peach ave.
Lubbock. Tx 79404



Jackie Jr. Brito
#2373291
Montford Unit
8602 Peach Ave
Lubbock, Tx 79404

Legal Mail

LUBBOCK TX 794
13 APR 2023 PM 2 L

RECEIVED
APR 18 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
Office of the Clerk
Northern District of Texas
1205 Texas Ave. Room 209
Lubbock, Tx 79401



Privileged Inmate Mail
Not Inspected by Texas
Department of Criminal
Justice Institutional
Division