IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SACKIE JR. BRITO,<br>Institutional ID No. 02373291<br>SID No. 05918713<br><br>    Plaintiff,<br><br>v.<br><br>MONTFORD TREATMENT TEAM,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 5:23-CV-084-BQ<br>§<br>§<br>§<br>§<br>§ |

## JUDGMENT

Of equal date herewith an Order of Dismissal having been entered, it is

**ORDERED** and **ADJUDGED** that Plaintiff's Complaint and all claims alleged therein are dismissed without prejudice.

This dismissal shall count as a qualifying dismissal or "strike" under 28 U.S.C. § 1915 and *Adepegba v. Hammons*, 103 F.3d 383 (5th Cir. 1996). *See Lomax v. Ortiz-Marquez*, 140 S. Ct. 1721, 1723 (2020).

**SO ORDERED.**

Dated: May 7, 2024.

_____
D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE